F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 1 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02553-BNB
(The above civil action number must appear on all future papers
  sent to the court in this action. Failure to include this number
  may result in a delay in the consideration of your claims.)

JASON WILLIAMS,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, Fremont Correctional Facility,
TOM CLEMENTS, Executive Director,
RAE TIMME, Warden,
ANTHONY DeCESARO, Grievance Officer,
DARRYL PROFFIT, Faith & Citizen Programs,
NARVA COURTNEY, Facility Volunteer Coordinator,
BUDDHIST FAITH GROUP ADVISOR, Unnamed as per C.D.O.C.,
LIEUTENANT NOEL, C.H. 4 Staff,
CAPTAIN PERSONS, C.H. 4/5 Staff,
C.O. MARQUEZ, C.H. 4 Staff,
C.O. DUNN, C.H. 4 Staff, and
C.O. SEGURA, C.H. 4 Staff,

      Defendants.

---

### AMENDED ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

On September 29, 2011, Plaintiff submitted a Prisoner Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On October 5, 2011, Plaintiff filed a Inmate Account Statement (Doc. No. 3). The court issued an Order to Cure Deficiency on October 5, 2011, directing Plaintiff to submit a certified account statement. The October 5 order will be vacated. However, the court has determined that the submitted documents are still deficient as described in this order.

Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)     __     is not submitted
(2)     __     is missing affidavit
(3)     xx     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing: (Account statement submitted is not certified by an appropriate official of Plaintiff's penal institution.)
(4)     __     is missing certificate showing current balance in prison account
(5)     __     is missing required financial information
(6)     __     is missing an original signature by the prisoner
(7)     __     is not on proper form (must use the court's current form)
(8)     __     names in caption do not match names in caption of complaint, petition or habeas application
(9)     __     An original and a copy have not been received by the court. Only an original has been received.
(10)   xx     other: Account statement is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application:**
(11)   __     is not submitted
(12)   __     is not on proper form (must use the court's current form)
(13)   __     is missing an original signature by the prisoner
(14)   __     is missing page nos. ___
(15)   __     uses et al. instead of listing all parties in caption
(16)   __     An original and a copy have not been received by the court. Only an original has been received.
(17)   __     Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)   __     names in caption do not match names in text
(19)   __     other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, the Order Directing Plaintiff to Cure Deficiency (Doc.

No. 4) is vacated. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED October 11, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02553-BNB

Jason Williams
Prisoner No. 150759
Fremont Correctional Facility
PO Box 999
Cañon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on October 11, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk