IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02553-BNB

JASON WILLIAMS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS FREMONT CORRECTIONAL
    FACILITY,
TOM CLEMENTS, Executive Director,
RAE TIMME, Warden,
ANTHONY DeCESARO, Grievance Officer,
DARRYL PROFFIT, Faith & Citizens Programs,
NARVA COURTNEY, Facility Volunteer Coordinator,
BUDDHIST FAITH GROUP ADVISOR, Unnamed as per C.D.O.C.,
LIEUTENANT NOEL, C.H. 4 Staff,
CAPTAIN PERSONS, C.H. 4/5 Staff,
C.O. MARQUEZ, C.H. 4 Staff,
C.O. DUNN, C.H. 4 Staff, and
C.O. SEGURA, C.H. 4 Staff,

    Defendants.

ORDER OF DISMISSAL

Plaintiff, Jason Williams, initiated this action by filing *pro se* a Prisoner Complaint. On December 9, 2011, Magistrate Judge Boyd N. Boland entered an order directing Mr. Williams to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Mr. Williams was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days. On January 6, 2012, Magistrate Judge Boland entered an order denying a motion for appointment of counsel Mr. Williams filed on December 21, 2011,

and granting Mr. Williams another thirty days to file his amended complaint. Mr. Williams again was warned that the action would be dismissed without further notice if he failed to file an amended complaint within the time allowed.

Mr. Williams has failed to file an amended complaint within the time allowed. Therefore, the action will be dismissed without prejudice for failure to comply with the order directing him to file an amended complaint.

The Court also finds that Mr. Williams has failed to comply with another order directing him to make monthly filing fee payments. On October 27, 2011, Mr. Williams was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action and he was allowed to proceed without payment of an initial partial filing fee. Pursuant to § 1915(b)(1) and (2), Mr. Williams was ordered to pay the entire $350.00 filing fee and he was ordered to make monthly installment payments until the $350.00 filing fee was paid in full. Mr. Williams was instructed either to make the required monthly payments or to show cause each month why he has no assets and no means by which to make a monthly payment. In order to show cause, Mr. Williams was directed to file a current certified copy of his inmate trust fund account statement. Mr. Williams was warned that a failure to comply with the requirements of § 1915(b)(2) could result in the dismissal of this action without further notice.

Despite these instructions, Mr. Williams has failed to make any monthly filing fee payments or to show cause why he has no assets and no means by which to make the required monthly filing fee payments. Mr. Williams did submit a certified copy of his inmate account statement on December 5, 2011. However, that account statement was dated November 1, 2011, and did not show good cause why Mr. Williams was unable to

make a monthly filing fee payment for any period of time after November 1, 2011. As a result, the action also will be dismissed for failure to comply with the filing fee payment requirements of § 1915(b)(2) and the order directing Mr. Williams to make monthly filing fee payments.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Williams failed to comply with orders directing him to file an amended complaint and to make monthly filing fee payments. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this __15th__ day of __February__, 2012.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court